UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. MJ-03-907-MBB

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT RAMOS | ) |

## STIPULATION TO DETENTION

The Defendant, Robert Ramos, by and through undersigned counsel, hereby Stipulates to Detention without prejudice and waives any hearing relative to conditions of release. We specifically waive the hearing presently scheduled for January 28, 2004 regarding same.

Respectfully submitted,
By his attorney,

Jeffrey A. Denner, Esq. BBO# 120520
Denner Associates P.C.
4 Longfellow Place, Suite 3501-06
Boston, MA 02114
(617) 227-2800

### CERTIFICATE OF SERVICE

I, Jeffrey A. Denner, attorney for the Defendant in the above-captioned action, do hereby certify that on this ____ day of January, 2004, a true and exact copy of the foregoing Stipulation of Dismissal was served, by hand delivery to Emily Schulman, Assistant United States Attorney, One Courthouse Way, Boston, MA 02210.

Jeffrey A. Denner