UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAG. JUDGE NO.: 03-907 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT RAMOS | ) | |

## MOTION FOR ORDER OF EXCLUDABLE DELAY

The United States of America moves for an order of excludable delay in the above-captioned case for the following period of time:

12/10/03 - 1/28/04    Government's detention motion was pending before the Court.

2/12/04 - 2/20/04    Motion to extend time of indictment pending

Based on the above, the government's calculates that fourteen (14) non-excludable days have elapsed under the Speedy Trial Act since the Defendant's arrest in this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:  _____
EMILY R. SCHULMAN
Assistant U.S. Attorneys

Dated: February 20, 2004

## CERTIFICATE OF SERVICE

I, Emily R. Schulman, hereby certify that I have served a copy of the foregoing motion on Jeffrey Denner, Esq., Denner Associates, P.C., Four Longfellow Place, Suites 3501-06, Boston, MA 02114, by first-class mail, postage prepaid this date.

_____
EMILY R. SCHULMAN
Assistant U.S. Attorney