UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>VS. )<br>)<br>ROBERT RAMOS, )<br>    Defendant. ) | CRIMINAL ACTION NO.<br>MJ-03-907-MBB |

## MOTION TO CONTINUE SENTENCING DATE

    The Defendant, Robert Ramos, requests that this Court continue the sentencing date, presently scheduled for April 12, 2005, to a date to be determined.

    As grounds, the defense states that it has today, March 21, 2005, received a copy of the Government's Motion for Mental Competency Evaluation. Apart from the unlikelihood of this motion being resolved before the sentencing date, the Defendant will need additional time to prepare a response should the examination proceed. The Defendant also wishes at this point to present the testimony of his expert, who will be out of the country on April 12, 2005.

Respectfully Submitted,
For the Defendant,

Barry P. Wilson
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street,
Suite 5A
Boston, MA 02109
617.248.8979
617.523.8700 (Fax)

Dated: 3/21/05